1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  ROBERT L. DELL ANGELO (SBN 160409)
   Robert.DellAngelo@mto.com
3  PAUL J. KATZ (SBN 243932)
   Paul.Katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7
   Attorneys for Defendants
8  WACHOVIA CORPORATION, WACHOVIA CAPITAL
   TRUST IV, WACHOVIA CAPITAL TRUST X,
9  WACHOVIA CAPITAL MARKETS, LLC, G. KENNEDY
   THOMPSON, MARK C. TREANOR, THOMAS J.
10 WURTZ, PETER M. CARLSON, JOHN D. BAKER II,
   ROBERT J. BROWN, PETER C. BROWNING, JOHN T.
11 CASTEEN, III, JEROME A. GITT, WILLIAM H.
   GOODWIN, JR., MARYELLEN C. HERRINGER,
12 ROBERT A. INGRAM, DONALD M. JAMES, MACKEY
   J. McDONALD, JOSEPH NEUBAUER, TIMOTHY D.
13 PROCTOR, ERNEST S. RADY, VAN L. RICHEY, RUTH
   G. SHAW, LANTY L. SMITH, JOHN C. WHITAKER, JR.,
14 and DONA DAVIS YOUNG (the "Wachovia Defendants")

15                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17

| | |
|---|---|
| MICHAEL SWISKAY and NORMAN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA CAPITAL TRUST IV, WACHOVIA CAPITAL TRUST X, G. KENNEDY THOMPSON, MARK C. TREANOR, THOMAS J. WURTZ, PETER M. CARLSON, JOHN D. BAKER II, ROBERT J. BROWN, PETER C. BROWNING, JOHN T. CASTEEN, III, JEROME A. GITT, WILLIAM H. GOODWIN, JR., MARYELLEN C. | CASE NO. CV 09-1000 (PJH)<br><br>**JOINT STIPULATION REQUESTING POSTPONEMENT OF JUNE 18, 2009 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

STIPULATION REQUESTING POSTPONEMENT OF
JUNE 18, 2009 INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-1000 (PJH)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | HERRINGER, ROBERT A. INGRAM, DONALD M. JAMES, MACKEY J. MCDONALD, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, ERNEST S. RADY, VAN L. RICHEY, RUTH G. SHAW, LANTY L. SMITH, JOHN C. WHITAKER, JR., DONA DAVIS YOUNG, WACHOVIA CAPITAL MARKETS, LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, and UBS SECURITIES LLC,<br><br>                    Defendants. |

11

12       This stipulation is made with reference to the following facts:

13       1.      On March 6, 2009, the above-referenced action was removed to this Court

14 from the Superior Court of the State of California, County of Alameda.

15       2.      That same day, this Court issued an order setting the Initial Case

16 Management Conference for June 18, 2009.

17       3.      On March 10, 2009, Plaintiffs and certain Defendants filed a stipulation

18 with this Court which provided that — in light of an anticipated motion to transfer the case to the

19 Untied States District Court for the Southern District of New York pursuant to 28 U.S.C.

20 § 1404(a) — Plaintiffs would have until sixty (60) days after the Court enters an order in respect

21 to the anticipated motion to transfer in which to file a Consolidated and Amended Complaint and

22 Defendants' time to answer, move, or otherwise respond to the Complaint would be extended

23 through and including the sixtieth (60th) day after Plaintiffs serve their Consolidated and

24 Amended Complaint.

25       4.      On March 18, 2009 the Court entered an order granting Plaintiffs leave to

26 file a Consolidated and Amended Complaint within sixty (60) days after the Court enters an order

27 in respect to the anticipated motion to transfer and extending the Defendants' time to answer,

28

move, or otherwise respond to the Complaint through and including the sixtieth (60th) day after Plaintiffs serve their Consolidated and Amended Complaint.

5. On March 26, 2009, counsel for the Wachovia Defendants filed on consent in *Miller v. Wachovia Corporation, et al.*, Case No. CV 09-0998 (RMW) (HRL), a motion to relate the above-referenced action and *Orange County Employees' Retirement System, et al. v. Carlson, et al.*, Case No. CV 09-0999 (MMC) (collectively, the "Related Actions") (attached hereto as Exhibit A). The *Miller* court has yet to rule on the motion to relate.

6. On May 12, 2009, in anticipation of the *Miller* court's granting the above-referenced motion to relate, counsel for the Wachovia Defendants filed on consent in the *Miller* action a motion to transfer the Related Actions to the United States District Court for the Southern District of New York (attached hereto as Exhibit B).

7. The hearing for the above-referenced motion to transfer is currently scheduled for June 26, 2009.

8. The parties in the Related Actions anticipate that the *Miller* court will grant the unopposed motion to relate and the unopposed motion to transfer the Related Actions to the Southern District of New York. These anticipated rulings would obviate the need for a case management conference before this Court.

IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, as follows:

1. The Initial Case Management Conference, currently set for June 18, 2009, should be continued until after the court in *Miller v. Wachovia Corporation, et al.*, Case No. CV 09-0998 (RMW) (HRL), rules on the pending motion to relate and motion to transfer, to a date convenient for the Court.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: June 10, 2009 | MUNGER, TOLLES & OLSON LLP<br>Marc T.G. Dworsky<br>Robert L. Dell Angelo<br>Paul J. Katz |

By: _____ /s/ Paul J. Katz _____
    Paul J. Katz

*Attorneys for Defendants Wachovia Corporation, Wachovia Capital Trust IV, Wachovia Capital Trust X, Wachovia Capital Markets, LLC, G. Kennedy Thompson, Mark C. Treanor, Thomas J. Wurtz, Peter M. Carlson, John D. Baker II, Robert J. Brown, Peter C. Browning, John T. Casteen, III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Robert A. Ingram, Donald M. James, Mackey J. McDonald, Joseph Neubauer, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, John C. Whitaker, Jr., and Dona Davis Young*

DATED: June 10, 2009                SIDLEY AUSTIN LLP

By: _____ /s/ Sara B. Brody _____
    Sara B. Brody

555 California Street
Suite 2000
San Francisco, California 94104

*Attorneys for Defendants Citigroup Global Markets, Inc., UBS Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Morgan Stanley & Co., Incorporated*

DATED: June 10, 2009                BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____ /s/ Timothy A. DeLange _____
    Timothy A. DeLange

12481 High Bluff Drive, Suite 300
San Diego, CA 92130

*Attorneys for Plaintiffs Orange County Employees' Retirement System, Louisiana Sheriffs' Pension and Relief Fund, Government of Guam Retirement Fund and Co-Lead Counsel for the Class*

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP

Nichole Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

*Attorneys for Plaintiff Southeastern Pennsylvania Transportation Authority and Co-Lead Counsel for Class*

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Miller and Co-Lead Counsel for the Class*

GLANCY BINKOW & GOLDBERG LLP

1801 Avenue of Stars, Suite 311
Los Angeles, CA 90067

*Attorneys for Plaintiffs Swiskay, Levin and Miller*

**Filer's Attestation:**

I, Paul J. Katz, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION REQUESTING POSTPONEMENT OF JUNE 18, 2009 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**. In compliance with General Order 45 X(B), I hereby attest that Susan B. Brody and Timothy A. DeLange concur in this filing.

Date: June 10, 2009            By:        */s/ Paul J. Katz*
                                          Paul J. Katz

**ORDER**

1  The Initial Case Management Conference, currently set for June 18, 2009, is hereby
2  continued until after the court in *Miller v. Wachovia Corp.*, Case No. CV 09-0998 (RMW) (HRL)
3  rules on the pending motion to relate and motion to transfer.

4  IT IS SO ORDERED. <span style="color:darkred">The Initial Case Management is continued to Thursday, August 20, 2009 at 2:30 PM.</span>

6  DATED: __06/12/09__   _____
7  Hon. Phyllis J. Hamilton



- 6 -

STIPULATION REQUESTING POSTPONEMENT OF
JUNE 18, 2009 INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-1000 (PJH)