E-Filed: 06/22/09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLETTE MILLER, on Behalf of Herself and All Others Similarly Situation,<br><br>                Plaintiff,<br><br>    vs.<br><br>WACHOVIA CORPORATION, WACHOVIA CAPITAL TRUST IX, G. KENNEDY THOMPSON, MARK C. TREANOR, THOMAS J. WURTZ, PETER M. CARLSON, JOHN D. BAKER II, ROBERT J. BROWN, PETER C. BROWNING, JOHN T. CASTEEN, III, JEROME A. GITT, WILLIAM H. GOODWIN, JR., MARYELLEN C. HERRINGER, ROBERT A. INGRAM, DONALD M. JAMES, MACKEY J. McDONALD, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, ERNEST S. RADY, VAN L. RICHEY, RUTH G. SHAW, LANTY L. SMITH, JOHN C. WHITAKER, JR., DONA DAVIS YOUNG, WACHOVIA CAPITAL MARKETS, LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, and UBS SECURITIES LLC,<br><br>                Defendants. | CASE NO.  CV 09-0998 (RMW) (HRL)<br><br>**ORDER TO TRANSFER THREE RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge:    Hon. Ronald M. Whyte |
| ORANGE COUNTY EMPLOYEES' | CASE NO. CV 09-0999 (MMC) |

| | |
|---|---|
| 1 | RETIREMENT SYSTEM, LOUISIANA SHERIFFS' PENSION AND RELIEF FUND, GOVERNMENT OF GUAM RETIREMENT FUND and SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Individually and on Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | PETER M. CARLSON; ROSS E. JEFFRIES, JR.; DAVID M. JULIAN; G. KENNEDY THOMPSON; MARK C. TREANOR; THOMAS J. WURTZ, DONALD K. TRUSLOW; JOHN D. BAKER, II; ROBERT J. BROWN; PETER C. BROWNING; JOHN T. CASTEEN, III; JEROME A. GITT; WILLIAM H. GOODWIN, JR.; MARY ELLEN C. HERRINGER; ROBERT A. INGRAM; DONALD M. JAMES; MACKEY J. MCDONALD; JOSEPH NEUBAUER; TIMOTHY D. PROCTOR; ERNEST S. RADY; VAN L. RICHEY; RUTH G. SHAW; LANTY L. SMITH; JOHN C. WHITAKER; JR.; DONA DAVIS YOUNG; WACHOVIA CORPORATION; WACHOVIA CAPITAL MARKETS, LLC; WACHOVIA SECURITIES, LLC; WACHOVIA CAPITAL TRUST IV; WACHOVIA CAPITAL TRUST IX; WACHOVIA CAPITAL TRUST X; WACHOVIA BANK, N.A.; WELLS FARGO & COMPANY (AS SUCCESSOR-IN-INTEREST TO WACHOVIA CORPORATION); ABN AMRO INCORPORATED; A.G. EDWARDS & SONS, INC.; BANK OF AMERICA CORPORATION; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; BB&T CAPITAL MARKETS; B.C. ZIEGLER AND COMPANY; BEAR, STEARNS & CO., INC.; BNP PARIBAS SECURITIES CORP.; CABRERA CAPITAL MARKETS, LLC; CASTLEOAK SECURITIES, L.P.; CHARLES SCHWAB & CO.; C.L. KING & ASSOCIATES, INC.; CITIGROUP GLOBAL MARKETS, INC.; COMERICA SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; D.A. DAVIDSON & CO.; DAVENPORT & COMPANY LLC; DEUTSCHE BANK SECURITIES INC.; E*TRADE SECURITIES LLC; FERRIS, |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | BAKER WATTS, INCORPORATED; FIDELITY CAPITAL MARKETS SERVICES; FIFTH THIRD SECURITIES, INC.; FIXED INCOME SECURITIES, L.P.; FTN FINANCIAL SECURITIES CORP.; GOLDMAN, SACHS & CO.; GREENWICH CAPITAL MARKETS, INC.; GUZMAN & COMPANY; HOWE BARNES HOEFER & ARNETT, INC.; H&R BLOCK FINANCIAL ADVISORS, INC.; HSBC SECURITIES (USA) INC.; JACKSON SECURITIES, LLC; JANNEY MONTGOMERY SCOTT LLC; J.B. HANAUER & CO.; JEFFERIES & COMPANY, INC.; J.J.B. HILLIARD, W.L. LYONS, INC.; J.P. MORGAN CHASE (AS SUCCESSOR-IN-INTEREST TO BEAR, STEARNS & CO., INC.); J.P. MORGAN SECURITIES INC.; JVB FINANCIAL GROUP, LLC; KEEFE, BRUYETTE & WOODS, INC.; KEYBANC CAPITAL MARKETS; LOOP CAPITAL MARKETS, LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MESIROW FINANCIAL INC.; MORGAN KEEGAN & COMPANY, INC.; MORGAN STANLEY & CO., INCORPORATED; M.R. BEAL & COMPANY; MURIEL SIEBERT & CO., INC.; NATCITY INVESTMENTS, INC.; OPPENHEIMER & CO. INC.; PERSHING LLC; PIPER JAFFRAY & CO.; POPULAR SECURITIES, INC.; RBC CAPITAL MARKETS CORPORATION; RBC DAIN RAUSCHER INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; RAYMOND JAMES & ASSOCIATES, INC.; ROBERT W. BAIRD & CO.; ROSS, SINCLAIR & ASSOCIATES, LLC; RYAN BECK & CO., INC.; SANDLER O'NEILL & PARTNERS, L.P.; STERNE, AGEE & LEACH, INC.; STIFEL, NICOLAUS & COMPANY, INCORPORATED (ON ITS OWN BEHALF AND AS A SUCCESSOR-IN-INTEREST TO RYAN BECK & CO., INC.); SUNTRUST CAPITAL MARKETS, INC.; TD AMERITRADE, INC.; TOUSSAINT CAPITAL PARTNERS, LLC; UBS SECURITIES LLC; UTENDAHL CAPITAL PARTNERS, L.P.; WEDBUSH MORGAN SECURITIES INC.; WELLS FARGO SECURITIES, LLC; WILLIAM BLAIR & COMPANY L.L.C.; THE WILLIAMS CAPITAL GROUP, L.P.; and KPMG LLP, Defendants. | |

| | |
|---|---|
| MICHAEL SWISKAY and NORMAN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION, WACHOVIA CAPITAL TRUST IV, WACHOVIA CAPITAL TRUST X, G. KENNEDY THOMPSON, MARK C. TREANOR, THOMAS J. WURTZ, PETER M. CARLSON, JOHN D. BAKER II, ROBERT J. BROWN, PETER C. BROWNING, JOHN T. CASTEEN, III, JEROME A. GITT, WILLIAM H. GOODWIN, JR., MARYELLEN C. HERRINGER, ROBERT A. INGRAM, DONALD M. JAMES, MACKEY J. MCDONALD, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, ERNEST S. RADY, VAN L. RICHEY, RUTH G. SHAW, LANTY L. SMITH, JOHN C. WHITAKER, JR., DONA DAVIS YOUNG, WACHOVIA CAPITAL MARKETS, LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, and UBS SECURITIES LLC,<br><br>Defendants. | CASE NO. CV 09-1000 (PJH) |

1   Having read and considered all of the pleadings and documents filed in support of the
2   unopposed Motion To Transfer Three Related Actions Pursuant To 28 U.S.C. § 1404(a), the
3   Court hereby GRANTS the motion.
4
5   IT IS SO ORDERED.
6
7   DATED: _____6/22_____, 2009
8
9   *Ronald M. Whyte*
    Honorable Ronald M. Whyte
10  United States District Judge